ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 MAY 23 PM 12: 22

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
*Dallas Division*

Plaintiff: Liberty Bankers Life Ins. Co.

v.

Defendant: Jane McCarty, et al.

Civil Action No. 3-12CV-1604L

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

(Plaintiff/Defendant Name) Liberty Bankers Life Insurance Company provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

American Reserve Holding Company, Inc., No public ownership.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Liberty Bankers Life Insurance Company, Jane McCarty, William McCarty, Kelly McCarty-Woods, American Reserve Holding Company, Inc., Realty Advisors, Inc.

Date: 5/23/12
Signature: *[signature]*
Print Name: John F. Redwine
Bar Number: 1666900
Address: 1603 LBJ Freeway Ste.
City, State, Zip: Dallas, TX 75234 860
Telephone: 214-691-1776 x 268
Fax: 214-373-3001
E-Mail: eredwine@bennettweston.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons